UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAUL EDUARDO AGUILAR TEAS,                )
                                          )
                  Petitioner,             )
            v.                            )          CIVIL ACTION
                                          )          NO. 26-CV-12734-PBS
ANTONE MONIZ, Superintendent,             )
Plymouth County Correctional Facility,    )
et al.,                                   )
                                          )
                  Respondents.            )

## JUDGMENT

SARIS, J.

In accordance with the Court's Order dated June 18, 2026 (Docket No. 9), allowing

Petitioner Saul Eduardo Aguilar Teas's petition for writ of habeas corpus under 28 U.S.C. § 2241,

it is hereby ORDERED that judgment is entered in favor of Petitioner.


By the Court,

Robert M. Farrell
Clerk of Court


/ s / Caetlin McManus
Deputy Clerk

DATED: July 14, 2026